J. Russell Stedman (117130), rstedman@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
SUN LIFE ASSURANCE COMPANY OF CANADA
and its dba SUN LIFE FINANCIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant.<br><hr>SUN LIFE FINANCIAL and SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　Real Parties in Interest. | CASE NO.: C06-07592 SC<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE** |

　　　　Pursuant to FRCP 6(b), Plaintiff Eniko Prakash ("Plaintiff"), and named Defendants Sun Life Assurance Company of Canada and its dba, Sun Life Financial, (collectively "Defendant"), by and through their counsel of record, hereby stipulate to the following:

　　　　1. The complaint was filed on December 12, 2006.

　　　　2. Service of the summons and complaint was effected by certified mail, and received by Defendant on December 29, 2006. Defendant's counsel has just recently received

---

I:\office\10260\067\07Pleadings\Stip Extend Resp Pldg Ddln 0129.doc　　　1

1     the pertinent files, policy and other relevant materials and requires sufficient time to

2     review and analyze them prior to preparing and filing the response to the complaint.

3     3. The parties stipulate that Defendants' responsive pleading deadline shall be February

4     26, 2007.

5     4. There have been no prior continuances of the deadline for Defendant to respond to

6     the complaint. This stipulated extension will not delay the progress of this action or

7     impact the initial scheduling order or initial case management conference date.

8     **IT IS SO STIPULATED.**

10 Dated: January 29, 2007           BARGER & WOLEN LLP

By: /s/ Kathleen E. Dyer
J. RUSSELL STEDMAN
KATHLEEN E. DYER
Attorney for Defendants SUN LIFE
ASSURANCE COMPANY OF
CANADA and its dba SUN LIFE
FINANCIAL

18 DATED: January 29, 2007          LAW OFFICES OF LAURENCE F.
PADWAY

By: _____
LAURENCE F. PADWAY
Attorneys for Plaintiff
ENIKO PRAKASH

IT IS SO ORDERED
Judge Samuel Conti
2/5/07

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE
CASE NO.: C06-07592 SC