J. Russell Stedman (117130), rstedman@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
SUN LIFE ASSURANCE COMPANY OF CANADA
and its dba SUN LIFE FINANCIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant.<br><br>SUN LIFE FINANCIAL and SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　Real Parties in Interest. | CASE NO.: C06-07592 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

The parties to this action, through their respective counsel, stipulate and agree as follows:

1.　On March 5, 2007, pursuant to stipulation of the parties, this court referred the above-captioned matter to mediation and ordered that mediation occur on or before 120 days from the date of the order, or July 2, 2007.

2.　On April 2, 2007, the court's ADR Unit appointed mediator Ellen S. James as mediator. The parties then scheduled mediation with Ellen S. James for June 26, 2007.

3.   In April of 2007, in an effort to complete discovery necessary to participate in a meaningful mediation, Defendant and Cross-Claimant Sun Life Assurance Company of Canada ("Sun Life") propounded written discovery on Plaintiff/Counter-Defendant Eniko Prakash ("Eniko"), noticed the depositions of Eniko and Counter-Defendant Adityo Prakash ("Adityo") (collectively "Counter-Defendants"), and served third party subpoenas for production of documents. All of this discovery pertained to Sun Life's counterclaim.

4.   Plaintiff filed a motion to dismiss Sun Life's counterclaim and it was scheduled to be heard on May 25, 2007. At the request of Counter-Defendants' counsel, the parties agreed to extend the deadline for Counter-Defendants' to respond to Sun Life's written discovery and the depositions until Counter-Defendants' motion to dismiss is resolved.

5.   The court subsequently vacated the May 25, 2007 hearing on Counter-Defendants' motion to dismiss and advised the parties that the court would decide the motion on the submitted papers. The parties have agreed, for now, not to complete the outstanding discovery until an order on Counter-Defendants' motion to dismiss is issued.

6.   Because discovery regarding the counterclaim is necessary to participate in a meaningful mediation but cannot now be completed on or before the existing July 2, 2007 mediation deadline, and the parties desire to refrain from such discovery, if possible, until the court rules on the motion to dismiss, the parties stipulate to extend the deadline to complete mediation until September 14, 2007. The parties seek a substantial extension due to calendar conflicts and planned summer vacations. This extension will not affect or alter any other date or deadline established by the court's March 23, 2007 scheduling order.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

**IT IS SO STIPULATED.**

Dated: June 8, 2007                                   BARGER & WOLEN LLP


By:  /s/ Kathleen E. Dyer
     J. RUSSELL STEDMAN
     KATHLEEN E. DYER
     Attorney for Defendants SUN LIFE
     ASSURANCE COMPANY OF
     CANADA and its dba SUN LIFE
     FINANCIAL


DATED: June 8, 2007                                  LAW OFFICES OF LAURENCE F.
                                                     PADWAY


By: _____
    LAURENCE F. PADWAY
    Attorneys for Plaintiff
    ENIKO PRAKASH


### [PROPOSED] ORDER

Good cause appearing, the court hereby orders that the existing July 2, 2007 deadline to complete mediation is vacated and that mediation must be completed no later than September 14, 2007.

**IT IS SO ORDERED.**


Dated: _____, 2007


By: _____
    HONORABLE SAMUEL CONTI
    United States District Court
    Senior Judge

3

STIPULATION EXTENDING DEADLINE TO COMPLETE MEDIATION
CASE NO.: C06-07592 SC

TOTAL P.03

IT IS SO STIPULATED.

Dated: June ___, 2007

BARGER & WOLEN LLP

By: /s/ Kathleen E. Dyer
J. RUSSELL STEDMAN
KATHLEEN E. DYER
Attorney for Defendants SUN LIFE
ASSURANCE COMPANY OF
CANADA and its dba SUN LIFE
FINANCIAL

DATED: June 5, 2007

LAW OFFICES OF LAURENCE F. PADWAY

By: _____
LAURENCE F. PADWAY
Attorneys for Plaintiff
ENIKO PRAKASH

### [PROPOSED] ORDER

Good cause appearing, the court hereby orders that the existing July 2, 2007 deadline to complete mediation is vacated and that mediation must be completed no later than September 14, 2007.

IT IS SO ORDERED.

Dated: 6/11, 2007

By: _____
HONORABLE SAMUEL CONTI
United States District Court
Senior Judge

*IT IS SO ORDERED — Judge Samuel Conti* (seal)

3
STIPULATION EXTENDING DEADLINE TO COMPLETE MEDIATION
CASE NO.: C06-07592 SC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

JUN-06-2007 16:40   LAURENCE F PADWAY   5108140650   P.03