UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENIKO PRAKASH,                    )
                                  )
          Plaintiff(s),           )      No. C06-7592 SC (BZ)
                                  )
     v.                           )      **SCHEDULING ORDER**
                                  )
PULSENT CORPORATION EMPLOYEE)
LONG TERM DISABILITY PLAN,   )
                                  )
          Defendant(s).           )
                                  )
_____)

     Having received plaintiff's motion to compel attendance at deposition and <u>ex parte</u> motion for order shortening time to hear the same, **IT IS ORDERED** as follows:

     1.  Pursuant to my Initial Discovery Order, defendant and counterclaimant shall file a two-page position letter addressing the disputed discovery by **Wednesday, December 26, 2007 at 2:00 p.m.**;

     2.  A telephonic conference is scheduled for **Thursday, December 27, 2007 at 10:00 a.m.** to discuss these disputes. Counsel for plaintiff shall get counsel for defendant and counterclaimant on the line and call chambers at **(415) 522-4093.**

Dated: December 20, 2007

                              Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-REFS\PRAKASH V. PULSENT\SCH ORDER.wpd

1