UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENIKO PRAKASH, | ) | |
| Plaintiff(s), | ) | No. C06-7592 SC (BZ) |
| v. | ) | **THIRD DISCOVERY ORDER** |
| PULSENT CORPORATION, | ) | |
| Defendant(s). | ) | |

Following a telephone conference at which both sides were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's application for an order shortening time is **GRANTED** to the extent that plaintiff's motion will be heard on an expedited schedule.

2. The parties are instructed to make one final effort to resolve this discovery dispute consistent with the views expressed by the court.

3. If they are unable to do so, Sun Life's opposition is due **January 4, 2008 by noon**.

4. If a reply or a hearing is necessary, the court will

1

issue a further order.

Dated: December 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PRAKASH V. PULSENT\DISC3.ORDER.wpd