Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH | No. C06-07592 SC BZ |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING |
| vs. | |
| PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN, | |
| Defendant | |
| _____/ | |
| SUN LIFE FINANCIAL, and SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Real Party in Interest | |
| _____/ | |

By order of December 27, 2007, Magistrate Judge Zimmerman granted plaintiff's application for an order shortening time and directed Sun Life to file its opposition to plaintiff's motion to compel by noon on January 4, 2008.

The parties have engaged in extensive discussions and believe it likely that the pending matter will be resolved by stipulation. Therefore,

IT IS HEREBY STIPULATED that the parties request the Court to extend the date for the filing of defendant's opposition to plaintiff's motion to compel to January 8, 2008 at noon;

IT IS FURTHER STIPULATED THAT if the parties do not entirely resolve the motion by stipulation, they will provide the Court with their proposed alternate dates for the depositions to proceed.

**IT IS SO STIPULATED.**

Dated: January 3, 2008            Law Offices of Laurence F. Padway

By: /s/ Laurence F. Padway
    Laurence F. Padway
    Attorneys for Counter-Defendants
    Eniko Prakash and Adityo Prakash

Dated: January 3, 2008            Barger & Wolen, LLP

By: /s/ William Lee
    William Lee
    Attorneys for Counter-Claimant
    Sun Life Assurance Company of Canada

**IT IS SO ORDERED.**

Dated: January 4, 2008

                         Hon. Bernard Zimmerman
                         United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]

Stipulation to Extend Deadline
For Filing Response