1  J. Russell Stedman (117130), rstedman@barwol.com
   Kathleen E. Dyer (227216), kdyer@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

6  Attorneys for Real Party in Interest/Counter-Claimant
   SUN LIFE ASSURANCE COMPANY OF CANADA
   and its dba SUN LIFE FINANCIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH,<br><br>    Plaintiff,<br><br>vs.<br><br>PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN,<br><br>    Defendant.<br><br>SUN LIFE FINANCIAL and SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Real Parties in Interest. | CASE NO.: C06-07592 SC BZ<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANT'S DEADLINE TO FILE OPPOSITION TO MOTION TO COMPEL DEADLINE** |

The parties to this action, through their respective counsel, stipulate and agree as follows:

1. By order of January 4, 2008, Magistrate Judge Zimmerman extended the date for Defendant to file its Opposition to Plaintiff's Motion to Compel to January 8, 2008 at noon.

2. The parties have engaged in extensive discussions regarding the discovery schedule for this matter and have filed a stipulation regarding discovery and mediation deadlines with Judge Conti that, if approved, will resolve the issues related to the pending motion to compel.

I:\office\10260\067\08Pleadings\Stip re Motion to Compel (fnl).doc      1

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION TO STAY DEFENDANT'S DEADLINE TO FILE OPPOSITION TO MOTION TO COMPEL
CASE NO.: C06-07592 SC

3. The parties respectfully request that the current January 8, 2008 deadline for Defendant to file its Opposition to Plaintiff's Motion Compel be vacated until the parties know if Judge Conti has approved their stipulation regarding discovery and mediation deadlines. If the stipulation is approved, the parties will contact this Court to withdraw the motion to compel. If the stipulation is not approved, the parties will promptly contact this Court to reschedule the opposition filing deadline.

**IT IS SO STIPULATED.**

Dated: January 7, 2008                          BARGER & WOLEN LLP

By: /s/ Kathleen E. Dyer
J. RUSSELL STEDMAN
KATHLEEN E. DYER
Attorney for Real Party in Interest/Counter-Claimant SUN LIFE ASSURANCE COMPANY OF CANADA and its dba SUN LIFE FINANCIAL

DATED: January 7, 2008                        LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff and Counter-Defendant ENIKO PRAKASH and Counter-Defendant ADITYO PRAKASH

### [~~PROPOSED~~] ORDER

Good cause appearing, the court hereby orders that the existing January 8, 2008 deadline for Defendant to file its Opposition to Plaintiff's Motion to Compel is vacated pending an order from Judge Conti regarding the discovery and mediation schedule for this matter.

///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

**IT IS SO ORDERED.**

Dated: January 8th, 2008

By: *Bernard Zimmerman*
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800