1  J. Russell Stedman (117130), rstedman@barwol.com
   Kathleen E. Dyer (227216), kdyer@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5
   Attorneys for Real Party in Interest/Counter-Claimant
6  SUN LIFE ASSURANCE COMPANY OF CANADA
   and its dba SUN LIFE FINANCIAL
7

8                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 ENIKO PRAKASH,                          )  CASE NO.: C06-07592 SC
                                           )
12         Plaintiff,                       )  **STIPULATION AND [PROPOSED]
                                           )  ORDER EXTENDING DISCOVERY AND
13                                          )  MEDIATION DEADLINES**
       vs.                                  )
14                                          )
   PULSENT CORPORATION EMPLOYEE            )
15 LONG TERM DISABILITY PLAN,              )
                                           )
16         Defendant.                       )
                                           )
17 ─────────────────────────────────       )
                                           )
   SUN LIFE FINANCIAL and SUN LIFE         )
18 ASSURANCE COMPANY OF CANADA,            )
                                           )
19         Real Parties in Interest.        )
                                           )
20 ─────────────────────────────────       )

21
22        On December 21, 2007, Real Party in Interest filed a motion under Local Rule 6-3 to extend

23 the expert disclosure deadline and discovery cut-off in this action. That motion was granted today,

24 January 7, 2008. On December 17, 2007, plaintiff filed a motion to compel the deposition of Sun

   Life and certain of its employees before Magistrate Judge Zimmerman. The motion before Judge
25
   Zimmerman is still pending.
26
          The parties have engaged in extensive discussions and have reached the stipulation set forth
27
   herein which, subject to the approval of the Court, is designed to resolve all scheduling issues. The
28

stipulated schedule is not in conflict with the Court's Order of today. Therefore, the parties to this action, through their respective counsel, stipulate and agree as follows:

1. By order dated September 7, 2007, this Court continued the trial for this matter to April 14, 2008 and also continued the pre-trial schedule as follows:

    a.  Mediation Deadline:     January 14, 2008

    b.  Discovery Cut-Off:     February 4, 2008

    c.  Motion Hearing:     March 7, 2008

    d.  Pre-Trial Conference:     April 4, 2008.

2. Based on the above-listed pre-trial schedule the current expert disclosure deadline is January 15, 2008.

3. Due to scheduling issues with the parties, counsel and the witnesses, some of the discovery necessary to litigate and/or mediate this matter has been delayed. Therefore, the parties stipulate that the pre-trial scheduling order be modified as follows:

    a.  Meet and confer on the need for, scope of testimony of and status of work being done by patent experts:     January 21, 2008

    a.  Disclosure of Non-Physician Experts:     February 1, 2008

    b.  Disclosure of Physician Experts:     February 15, 2008

    c.  Non-Expert Discovery Cut-Off:     February 15, 2008

    d.  Expert Discovery Cut-Off:     March 3, 2008

4. Due to scheduling conflicts and the unavailability of the appointed mediator, the parties have been unable to complete discovery necessary to engage in a meaningful mediation and/or agree on a mediation date on or before the current mediation deadline of January 14, 2008. The parties are agreeable to mediation on January 15, 2008. The parties anticipate that mediation will require multiple sessions, and have scheduled mediation to continue on January 28 and 29, as necessary.

5. The depositions of Sun Life are set for January 24, 2008 in Wellesley, Massachusetts.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

6.     The parties have been informed that the court's ADR Unit appointed mediator Ellen S. James is only available for mediation on January 28, 2008. As such, the parties have agreed to mediate with a private mediator, Mark Humbert, who is available on January 15, January 28, and January 29, 2008.

7.     Therefore, the parties stipulate to extend the deadline to commence mediation from January 14 to January 15, 2008. Because Judge James is only available for mediation on January 28, 2008 and the parties anticipate that multiple mediation sessions in January will likely be necessary, the parties also stipulate to substitute Mark Humbert, Esq., for Judge James. The parties will split the cost of private mediation.

8.     The proposed pre-trial deadline extensions will not otherwise affect the current trial and/or pre-trial schedule. All remaining trial and pre-trial deadlines remain unchanged.

**IT IS SO STIPULATED.**

Dated: January ⁻⁷, 2008                    BARGER & WOLEN LLP


By:  /s/ Kathleen E. Dyer
     J. RUSSELL STEDMAN
     KATHLEEN E. DYER
     Attorney for Real Party in
     Interest/Counter-Claimant SUN LIFE
     ASSURANCE COMPANY OF
     CANADA and its dba SUN LIFE
     FINANCIAL



DATED: January 2, 2008                    LAW OFFICES OF LAURENCE F.
                                          PADWAY

                                          By:
                                             LAURENCE F. PADWAY
                                             Attorneys for Plaintiff and Counter-
                                             Defendant ENIKO PRAKASH and
                                             Counter-Defendant ADITYO PRAKASH

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY AND MEDIATION DEADLINES
CASE NO.: C06-07592 SC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

# ~~[PROPOSED]~~ ORDER

Good cause appearing, the court hereby orders that certain pre-trial deadlines are continued as follows:

    a.  Deadline to Commence Mediation:      January 15, 2008

    b.  Disclosure of Non-Physician Experts:    February 1, 2008

    c.  Disclosure of Physician Experts:       February 15, 2008

    d.  Non-Expert Discovery Cut-Off:       February 15, 2008

    e.  Expert discovery cut-off:           March 3, 2008

All remaining trial and pre-trial deadlines remain unchanged.

The court also orders that the parties may mediate with a private mediator and not the previously court-appointed mediator, Ellen S. James, due to her unavailability for multiple mediation sessions in January 2008.

**IT IS SO ORDERED.**

Dated: _____1/8_____, 2008

By: _____
      HONORABLE SAMUEL CONTI
      United States District Court
      Senior Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800