UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENIKO PRAKASH, | ) | |
| Plaintiff(s), | ) | No. C06-7592 SC (BZ) |
| v. | ) | **NOTICE OF TELEPHONE CONFERENCE** |
| PULSENT CORPORATION, | ) | |
| Defendant(s). | ) | |

On January 22, 2008, counter-claimant Sun Life filed a letter pursuant to my December 20, 2007 Initial Discovery Order requesting a telephone conference prior to filing a motion to compel its third-party subpoena demanding the inspection of Verseon's computers and hard drives. According to Sun Life, Lawrence Padway is counsel for plaintiff/counter-defendant Prakash as well as for Verseon. Verseon did not file a responsive letter.

Verseon is **HEREBY ORDERED** to file a responsive letter by **3:00 p.m. on Tuesday, January 29, 2008**. Counsel for Sun Life and Verseon are further **ORDERED** to appear for a telephonic conference on **Thursday, January 31, 2008 at 1:30 p.m.** to

1

discuss this dispute.  Counsel for **Sun Life** shall get all interested parties on the line and phone chambers at **415-522-4093**.

Dated: January 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PRAKASH V. PULSENT\NOTICE OF TELEPHONE CONFERENCE.wpd