1  J. Russell Stedman (117130), rstedman@barwol.com
   William Lee (148652), wlee@barwol.com
2  Travis R. Wall (191662), twall@barwol.com
   Kathleen E. Dyer (227216), kdyer@barwol.com
3  BARGER & WOLEN LLP
   650 California Street, 9th Floor
4  San Francisco, California  94108-2713
   Telephone:  (415) 434-2800
5  Facsimile:  (415) 434-2533

6
   Attorneys for Real Party in Interest/Counter-Claimant
7  SUN LIFE ASSURANCE COMPANY OF CANADA

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   ENIKO PRAKASH,                          )   CASE NO.: C06-07592 SC BZ
12                                         )
                  Plaintiff,               )   **STIPULATION AND [PROPOSED]**
13                                         )   **ORDER SHORTENING TIME TO HEAR**
           vs.                             )   **DISCOVERY MOTIONS**
14                                         )
   PULSENT CORPORATION EMPLOYEE            )
15 LONG TERM DISABILITY PLAN,              )
                                           )
16                Defendant.               )
                                           )
17 _____     )
                                           )
   SUN LIFE FINANCIAL and SUN LIFE         )
18 ASSURANCE COMPANY OF CANADA,            )
                                           )
19                Real Parties in Interest.)
                                           )
20 _____     )

21
        The parties to this action, through their respective counsel, stipulate and agree as follows:
22
        1.   Sun Life filed its motion for an order granting leave to take additional depositions on
23
   February 13, 2008.
24
        2.   Plaintiff and counterdefendants will serve and file a motion to compel further discovery
25
   responses on February 18, 2008, by 5:00 PM, and a related motion for sanctions.  Since February
26
   18, 2008 is a court holiday, counterdefendants will serve the moving papers by e-mail on Travis R.
27
   Wall, Esq., William Lee, Esq., and Kathleen Dyer, Esq., as well as filing them electronically.  This
28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

1
STIPULATION TO ORDER SHORTENING TIME
CASE NO.: C06-07592 SC

ensures that Sun Life's counsel will receive the pleadings and supporting papers by close of business on Monday.

The parties have engaged in extensive discussions regarding these motions and have agreed to hold hearings on the motions on shortened time given the upcoming pre-trial deadlines. The last day to submit pre-trial statements is March 25, 2008, the last day to file trial briefs and make other trial submissions is April 4, 2008, and the trial is set for April 14, 2008. An order shortening time is necessary so that the parties can complete any additional discovery the court permits before the parties must submit pre-trial statements and other trial pleadings.

3. The parties propose the following briefing schedule:

- With respect to counterclaimant's motion for an order granting leave to take additional depositions, any opposition papers will be filed on February 25, 2008 with a reply deadline of 12:00 P.M. on February 27, 2008.
- With respect to plaintiff and counterclaimant's motions to compel and for sanctions, any opposition papers will be filed on February 25, 2008 with a reply deadline of 12:00 P.M. on February 27, 2008.

4. On February 25, 2008, during the conference call with Judge Zimmerman ordered by Judge Conti, a hearing date on the motions will be set.

**IT IS SO STIPULATED.**

Dated: February 18, 2008                           BARGER & WOLEN LLP

                                                   By: /s/ Kathleen E. Dyer
                                                       J. RUSSELL STEDMAN
                                                       KATHLEEN E. DYER
                                                       Attorney for Real Party in
                                                       Interest/Counter-Claimant SUN LIFE
                                                       ASSURANCE COMPANY OF
                                                       CANADA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

DATED: February 18, 2008          LAW OFFICES OF LAURENCE F. PADWAY

By:  /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff and Counter-Defendant ENIKO PRAKASH and Counter-Defendant ADITYO PRAKASH

### [PROPOSED] ORDER

Pursuant to stipulation, and good case appearing, **IT IS SO ORDERED.**

Dated: 2/19 , 2008

By: *[signature]*
HON. SAMUEL CONTI
United States Judge

3
STIPULATION TO ORDER SHORTENING TIME
CASE NO.: C06-07592 SC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800