Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff and
    counter-defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH | No. C06-07592 SC BZ |
| Plaintiff, <br> vs. | STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING |
| PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN, | |
| Defendant | |
| _____/ | |
| SUN LIFE FINANCIAL, and SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Real Party in Interest | |
| _____/ | |

      By order of February 13, 2008, the court granted defendant's application for an order shortening time and directed the Prakashes and Verseon to file their opposition to defendant's motion to for an order showing cause why a contempt motion should not issue against Verseon LLC by noon on February 21, 2008.

      Counsel for the Prakashes and Verseon has recently experienced some dental issues and requires an emergency rot canal which will be performed Wednesday afternoon. Therefore,

      IT IS HEREBY STIPULATED that the parties request the Court to extend the date

Stipulation to Extend Filing Deadline       1

for the filing of plaintiff's opposition to defendant's motion to February 22, 2008 at noon; and

IT IS FURTHER STIPULATED THAT defendant may file its reply brief no later than noon on February 26, 2008.

**IT IS SO STIPULATED.**

Dated: February 20, 2008                     Law Offices of Laurence F. Padway

By: /s/ Laurence F. Padway
    Laurence F. Padway
    Attorneys for Plaintiff and
    Counter-Defendants
    Eniko Prakash and Adityo Prakash

Dated: February 20, 2008                     Barger & Wolen, LLP

By: /s/ Travis R. Wall
    Travis R. Wall
    Attorneys for Counter-Claimant
    Sun Life Assurance Company of Canada

**IT IS SO ORDERED.**

Dated: 2/21/08

Hon. Samuel Conti
United States Judge