# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
10260.067

March 5, 2008

**VIA E-FILE AND MESSENGER**

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court
Courtroom G, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

      Re: *Prakash v. Sun Life Assurance Company of Canada*
          N.D. Cal. Case No. C06-07592 SC (BZ)
          **Request for Stay of February 29, 2008 Order**

Dear Judge Zimmerman:

      Pursuant to the court's December 20, 2007 discovery order, Sun Life Assurance Company of Canada ("Sun Life") submits this position letter and request for a telephonic hearing regarding an application to stay the court's February 29, 2008 discovery order as to Sun Life. Sun Life asked counterdefendants' counsel whether his clients would agree to a stay, but has not yet heard back from him.

      Sun Life will be filing objections to the February 29, 2008 order under Federal Rule of Civil Procedure 72 and respectfully requests a stay as to Sun Life's obligations under the order. Sun Life will be objecting to the order to produce documents, to produce Debra Conner for additional questioning about Sun Life's claims practices, and to respond to Interrogatory No. 22.

      A stay is necessary due the accelerated timeframe for responding to the interrogatory and producing documents and witnesses. Under Rule 72, Sun Life has 10 days to file an objection. In this case, the tenth day is Monday, March 10, 2008. Local Rules also provide other parties the right to file an opposition. The February 29, 2008 order, however, requires Sun Life to respond to the interrogatory and produce documents by March 6 and to produce Debra Conner for deposition by March 14. Sun Life would be deprived of a meaningful opportunity to object if there is no stay of the order.

      Very truly yours,

      */s/ T. R. Wall*
      TRAVIS R WALL
      For the Firm

cc:     Laurence F. Padway, Esq. (via e-file)

3/5/08 - Request for stay is **DENIED.** Sun Life can raise this issue with Judge Conti at Friday's hearing.

[STAMP: DENIED — Judge Bernard Zimmerman — United States District Court, Northern District of California]