UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH, | )<br>) |
| Plaintiff(s), | ) No. C06-7592 SC (BZ)<br>) |
| v. | )<br>) **EIGHTH DISCOVERY ORDER** |
| PULSENT CORPORATION, | )<br>) |
| Defendant(s). | )<br>) |

Following a telephone conference at which all parties were represented by counsel, **IT IS ORDERED** as follows:

1. Mr. Padway shall maintain control over the laptop computer that Ms. Prakash used while at Verseon (that is currently located in Mr. Padway's safe). No one except Sun Life's expert shall have access to the computer, which includes booting the computer up, without receiving prior court approval.

2. Sun Life is given leave to file a motion to compel by **Tuesday, March 19, 2008.**

3. Plaintiffs, counterdefendants and Verseon are given

leave to file a cross motion for a protective order by the same date.

    4.   Oppositions shall be filed by no later than **Friday, March 21, 2008**.

    5.   The parties are admonished to address my concerns raised during the telephone conference.

Dated: March 13, 2008

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PRAKASH V. PULSENT\DISC8.ORDER.wpd