UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENIKO PRAKASH, | ) | |
| Plaintiff(s), | ) | No. C06-7592 SC (BZ) |
| v. | ) | |
| | ) | **ORDER VACATING** |
| PULSENT CORPORATION, | ) | **TELEPHONE CONFERENCE** |
| Defendant(s). | ) | |

In view of Judge Conti's Order requiring the parties to get leave of court from him before filing any further discovery motions, the telephone conference scheduled for Thursday, March 27, 2008 at 3:00 p.m. is **VACATED**. This court strongly urges the parties to resolve their outstanding differences which appear more lawyering problems than legal problems.

Dated: March 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PRAKASH V. PULSENT\ORD VACATING 3.27.08.TELCONF.wpd

1