United States District Court
For the Northern District of California

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

ENIKO PRAKASH,

      Plaintiff,

  v.

PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN,

      Defendant.

————————————————————

SUN LIFE FINANCIAL and SUN LIFE ASSURANCE COMPANY OF CANADA,

      Real Parties in Interest.

————————————————————

No. C-06-7592 SC

ORDER SETTING BRIEFING SCHEDULE FOR OBJECTION TO NINTH DISCOVERY ORDER

    Magistrate Judge Zimmerman issued the Ninth Discovery Order ("Order") in this matter on March 26, 2008. Docket No. 199. Pursuant to Federal Rule of Civil Procedure 72(a), Verseon LLC ("Verseon") objected to portions of the Order. See Docket No. 201. Real Party in Interest and Counterclaimant Sun Life Assurance of Canada ("Sun Life") responded to Verseon's objections and filed its own objections. See Docket Nos. 209, 202.

    After the objections were filed, but before the Court ruled and before Verseon responded to Sun Life's objections, Verseon appealed a portion of the Order to the Court of Appeals for the Ninth Circuit. See Docket No. 212. This Court then stayed all discovery in this matter pending the outcome of Verseon's appeal. Docket No. 218. The Court of Appeals dismissed the appeal for

**United States District Court**
For the Northern District of California

1  lack of jurisdiction.  Docket No. 235.  The stay is therefore
2  lifted and the matter may now proceed before this Court.
3      Verseon may file its response to Sun Life's objections, if
4  any, no later than five (5) days from the date of this order.  The
5  parties shall appear before the Court for a Case Management
6  Conference at 10:00 a.m. on Friday, December 19, 2008, in
7  Courtroom 1.

10      IT IS SO ORDERED.

12      Dated: December 2, 2008

_____
UNITED STATES DISTRICT JUDGE

2