UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH,<br><br>        Plaintiff,<br><br>   v.<br><br>PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN,<br><br>        Defendant.<br>_____<br>SUN LIFE FINANCIAL and SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>        Real Parties in Interest.<br>_____ | No. C-06-7592 SC<br><br>ORDER RE OBJECTIONS TO NINTH DISCOVERY <u>ORDER</u> |

Magistrate Judge Zimmerman issued the Ninth Discovery Order ("Order") in this matter on March 26, 2008. Docket No. 199. Pursuant to Federal Rule of Civil Procedure 72(a), Verseon LLC ("Verseon") objected to portions of the Order. <u>See</u> Docket No. 201. Real Party in Interest and Counterclaimant Sun Life Assurance of Canada ("Sun Life") responded to Verseon's objections and filed its own objections. <u>See</u> Docket Nos. 209, 202. Verseon responded to Sun Life's objections. <u>See</u> Docket No. 242.

Both parties' objections lack merit. Rule 72(a) provides the standard of review for orders issued by a magistrate judge:

> The district judge in the case must consider timely objections to and modify or set aside any part of the order that is clearly erroneous or is contrary to law.

Fed. R. Civ. P. 72(a). The Court has reviewed Magistrate Judge Zimmerman's Order, the parties' objections to that Order, as well as the parties' submissions on the underlying motions and supporting documents. The Court finds that neither party has carried its burden of showing that Magistrate Judge Zimmerman's ruling was clearly erroneous or contrary to law. Both Sun Life's and Verseon's objections are therefore OVERRULED.

IT IS SO ORDERED.

Dated: December 17, 2008

_____
UNITED STATES DISTRICT JUDGE

2