Law Offices of

# LAURENCE F. PADWAY

Board Certified in Civil Trial Advocacy, NBTA
Diplomate, National College of Advocacy

Writer's Direct Tel : (510) 814-0680
Facsimile : (510) 814-0650
Office Number : (510) 814-6100

1516 Oak Street
Suite 109
Alameda, CA 94501

E-mail : Lpadway@padway.com

January 9, 2009

Hon. Samuel Conti
United States District Judge
450 Golden Gate Avenue
San Francisco, Ca 94102

      Re: Prakash v. Sun Life
      C06-07592 SC

Dear Judge Conti:

      We represent plaintiff and counterdefendants Prakash in this action.

      By order of January 8, 2008 (docket number 64), the Court set a non-expert discovery cutoff of February 15, 2008 and an expert discovery cut-off of March 3, 2008. Those deadlines were never changed, although the Court on December 22, 2008 in Docket number 248, set an additional discovery cutoff of January 30, 2009.

      Apparently, Sun Life believes that discovery has been reopened. We have received six new subpoenas for records of third parties in the last two days. If discovery were open, we would be objecting to much of the material subject to these subpoenas, and be filing motions for protective orders, etc. The Court also directed that no discovery motions be filed.

      We request leave to file a motion to quash the subpoenas. Thank you for your consideration of these matters.

Very truly yours,

Laurence F. Padway



DENIED
Judge Samuel Conti