UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH,<br><br>        Plaintiff(s),<br><br>    v.<br><br>PULSENT CORPORATION,<br><br>        Defendant(s). | No. C06-7592 SC (BZ)<br><br>**BRIEFING ORDER** |

Judge Conti has referred Sun Life's motion to compel the Prakashs to produce documents and order for Verseon to produce documents and the order for Verseon to show cause why it should not be held in contempt to me.  Because trial is imminent, **IT IS ORDERED** that the opposition to each motion shall be filed by **February 20, 2009.**  Any reply shall be filed by **February 25, 2009**.  The motions will be heard on **March 4, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 12, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PRAKASH V. PULSENT\BRIEFING ORDER.wpd

1