UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH, | )<br>) |
| Plaintiff(s), | )    No. C06-7592 SC (BZ)<br>) |
| v. | )<br>)    **FILING ORDER** |
| PULSENT CORPORATION, | )<br>) |
| Defendant(s). | )<br>) |

**IT IS HEREBY ORDERED** that by **noon on Monday, March 2, 2009**, Sun Life shall file a statement setting forth all facts (not argument or legal conclusions), that form the basis for its belief that Eniko Prakash engaged in any travel for business or personal reasons from January 1, 2001 to the present.

Dated: February 26, 2009

                                                 Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\PRAKASH V. PULSENT\ORDER.2.26.09.wpd

1