UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENIKO PRAKASH,             )
                           )
         Plaintiff(s),     )   No. C06-7592 SC (BZ)
                           )
     v.                    )
                           )   **ORDER DENYING DEFENDANT'S**
PULSENT CORPORATION,       )   **ADMINISTRATIVE MOTION TO**
                           )   **FILE DOCUMENT UNDER SEAL**
         Defendant(s).     )
                           )
_____)

   The administrative motion to file Mr Albee's report under seal is **DENIED**.  I have read the report.  Plaintiffs' opposition is insufficient to establish that this document contains confidential or proprietary information or is otherwise protectable under Rule 26 and Local Rule 79-5.

   Plaintiffs' request that the report be stricken under Rule 12(f) should be directed to Judge Conti.

Dated: March 4, 2009

                                   _____
                                        Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-REFS\PRAKASH V. PULSENT\ORDER DENYING DEFS MOT TO SEAL.wpd

1