UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH, | No. C-06-7592 SC |
| Plaintiff, | ORDER RE PRETRIAL <u>SUBMISSIONS</u> |
| v. | |
| PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| SUN LIFE FINANCIAL and SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Real Parties in Interest. | |

The parties are hereby ORDERED to submit their Joint Proposed Jury Instructions, as described in Section C of the Court's Jury Trial Preparation Order, Docket No. 253, and a JOINT proposed verdict form, as set forth in Section A.(8) of the same Order, no later than 12:00 p.m. on Wednesday, March 18, 2009.

IT IS SO ORDERED.

Dated: March 11, 2009

*Samuel Conti*
UNITED STATES DISTRICT JUDGE