Law Offices of

# LAURENCE F. PADWAY

Board Certified in Civil Trial Advocacy, NBTA
Diplomate, National College of Advocacy

Writer's Direct Tel : (510) 814-0680
Facsimile : (510) 814-0650
Office Number : (510) 814-6100

1516 Oak Street
Suite 109
Alameda, CA 94501

E-mail : Lpadway@padway.com

March 19, 2009

Hon. Samuel Conti
United States District Judge
450 Golden Gate Avenue
San Francisco, California 94102

      Re: Prakash v. Sun Life
      No. 06-07592 SC

Dear Judge Conti:

      Trial of this action is scheduled to commence March 30, 2009.

      In connection with the trial of this matter, plaintiff will be bringing to Court the following items:

      Up to five laptop computers;
      A number of 30 x 40 enlargements;
      Up to three easels;
      A notebook projector
      Extension cords and cables

      In connection with the trial of this matter, Sun Life will be bringing to Court the following items:

      Up to 5 laptop computers and related hardware
      Elmo projector
      Hi-Lumens projector
      Projection screen
      Laser pointers
      Wooden pointer
      AV stand with skirt
      Tech table with skirt
      Up to three easels
      A number of enlargements/foam core boards, as large as 4' X 5'

      3 VGA distribution amplifiers; 5 VGA switches
      Assorted cables/extensions
      Multiple boxes of exhibit materials, briefcases, notepads and general supplies

      The parties have not yet met with the Court's technical liason, and these lists are therefore most likely overinclusive. The parties will make every attempt to limit the actual materials brought to court.

      Lead counsel for both parties have approved this letter.

                        Very truly yours,


                          Laurence F. Padway

cc:    J. Russell Stedman (via email)



IT IS SO ORDERED
Judge Samuel Conti