Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO PRAKASH | No. C06-07592 SC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN, | |
| Defendant_____/ | |
| SUN LIFE FINANCIAL, and SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Real Party in Interest_____/ | |

      Please take notice that the parties have reached a full settlement of this case. A request for dismissal will be filed in the next 30 days.

Dated:  March 25, 2009

/s/
_____
Laurence F. Padway
Attorney for plaintiff and counterdefendants