1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-6100
   Facsimile : (510) 814-0650
4
   Attorneys for Eniko Prakash,
5       and Adityo Prakash

6  J. Russell Stedman, #117130
   Barger and Wolen LLP
7  650 California Street, 9th Floor
   San Francisco, California 94108
8  Telephone: (415) 434-2800
   Facsimile: (415) 434-2533
9
   Attorneys for Sun Life Assurance Company
10       of Canada and Sun Life Financial

11

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15
   ENIKO PRAKASH                              No. C06-07592 SC
16
17         Plaintiff,
       vs.
18                                            STIPULATION FOR
   PULSENT CORPORATION EMPLOYEE               WITHDRAWAL OF CLAIMS and
19 LONG TERM DISABILITY PLAN,                 DISMISSAL OF ACTION and
                                              ORDER DISMISSING ACTION
20
           Defendant
21 _____/

22 SUN LIFE FINANCIAL, and SUN LIFE
   ASSURANCE COMPANY OF CANADA,
23
         Real Party in Interest
24
25 _____/

26

27

28

   Stipulation and Order for Dismissal          1

The parties hereby acknowledge that they have made various claims against each other and against witnesses and hereby withdraw and abandon all such claims.

Further, it is stipulated by and between the parties that the within action has been settled as to all claims and parties, and that this action, therefore, should be dismissed with prejudice forthwith.

It is further stipulated that the requirement of the Eighth Discovery Order, requiring that a laptop computer be sequestered, is released, and the laptop may be returned to its owner and restored to its usual use.

April 6, 2009     Law Offices of Laurence F. Padway

/s/ Laurence F. Padway
Attorney for Eniko Prakash and Adityo Prakash and Verseon Corporation

April 6, 2009     Barger & Wolen LLP

/s/ J. Russell Stedman
Attorney for Sun Life Assurance of Canada and Sun Life Financial

## ORDER OF DISMISSAL

Good cause appearing, it is so ordered. This case is dismissed with prejudice.

April __6__, 2009.

IT IS SO ORDERED
Judge Samuel Conti

Stipulation and Order for Dismissal